JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865    Fax: (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

25594/417308

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BERNE<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND,<br><br>Defendant. | Case No.  C 07-0505 MJJ<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EARLY SETTLEMENT CONFERENCE** |

The parties hereby stipulate that the the captioned be assigned to an magistrate judge for an early settlement conference.

_____          Date: 9/21/07
STEPHEN Q. ROWELL, Esq.
Attorney for Defendant
CITY OF OAKLAND

_____  Date: 9/17/07
PAUL L. REIN, Esq.
Attorney for Plaintiff

It is so ordered.



_____  Date: 09/28/07
HON. MARTIN J. JENKINS
Judge, United States District Court