1  PAUL L. REIN, Esq. (SBN 43053)
   JULIE OSTIL, Esq. (SBN 215202)
2  ANN WINTERMAN, Esq. (SBN 222257)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Dr., Suite A
   Oakland, CA 94612
4  Phone: 510/832-5001
   Fax:   510/832-4787
5
   Attorneys for Plaintiff
6  PATRICIA BERNE

7  JOHN A. RUSSO, City Attorney (SBN 80142)
   STEPHEN Q. ROWELL, Deputy City Attorney (SBN 98228)
8  One Frank H. Ogawa Plaza, 6th Fl.
   Oakland, CA 94612
9  Phone: 510/238-3865
   Fax:   510/238-6500
10
   Attorneys for Defendant
11 CITY OF OAKLAND

12

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA

15

16 PATRICIA BERNE,                    CASE NO. C07-0505 MMC
                                      Civil Rights
17       Plaintiff,

18                                    **STIPULATION AND [PROPOSED]
   v.                                 ORDER TO CONTINUE CASE
19                                    MANAGEMENT CONFERENCE**

20
                                      Conference
21 CITY OF OAKLAND,
                                      Date:  April 4, 2008
22       Defendant.                   Time:  10:30 a.m.
                               /      Judge Maxine M. Chesney
23

24       Plaintiff Patricia Berne and defendant City of Oakland, by and

25 through their designated counsel, stipulate as follows:

26 1.    This case is currently set for a Case Management Conference on Friday,

27       April 4, 2008, at 10:30 a.m. Plaintiff's counsel Paul Rein is the lead

28       counsel from his office on this case, but Mr. Rein has been asked to give

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C07-0505 MMC                    -1-    S:\SLR\OAKLAND-BERNE\PLEADINGS\STIP CONTINUE CMC.PL.wpd

1     the eulogy for his friend, Jim Hughes, at services to be held in Bakersfield
2     on April 4th, and the other two attorneys from Mr. Rein's office are
3     appearing that day in Sacramento for an Eastern District scheduling
4     conference in two related cases (Dowling v. The El Mirador LP, et al., No.
5     2:07-CV-02453 LEW, and Arnold v. The El Mirador LP, et al., No. 2:08-
6     CV-0067 LEW).

7   2.  Further, although the parties have been negotiating possible settlement of
8     this case, and have participated in a previous settlement conference with
9     Magistrate Judge Maria-Elena James, defendant - with plaintiff's
10    agreement - has recently requested that Judge James remove the March 31,
11    2008 further settlement conference from the calendar in order to afford
12    defendant City of Oakland additional time to respond regarding possible
13    settlement.

14   3.  Therefore, plaintiff requests, and defendant agrees, that the Court continue
15    the Case Management Conference to May 8, 2008, or to another date
16    convenient on the Court's calendar.

**IT IS THEREFORE STIPULATED as follows:**

That the Court continue the Case Management Conference to May 8, 2008, with the Joint Case Management Conference Statement to be filed on or before May 1, 2008.

**SO STIPULATED:**

Dated: March 27, 2008           LAW OFFICES OF PAUL L. REIN

*/s/ Julie Ostil*
JULIE OSTIL
Attorneys for Plaintiff
PATRICIA BERNE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C07-0505 MMC     -2-   S:\SLR\OAKLAND-BERNE\PLEADINGS\STIP CONTINUE CMC.PL.wpd

Dated March 27, 2008

OAKLAND CITY ATTORNEY

STEPHEN Q. ROWELL
Attorneys for Defendant
CITY OF OAKLAND

## ORDER

**IT IS SO ORDERED:**

The Case Management Conference currently scheduled for April 4, 2008 is continued to ~~May 8~~ May 9, 2008, with the Joint Case Management Conference Statement to be filed on or before ~~May 1~~ May 2, 2008.

Dated: __March 28__, 2008

MAXINE C. CHESNEY
United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C07-0505 MMC

-3-

S:\SLR\OAKLAND BERNE\PLEADINGS\STIP CONTINUE CMC Pl..wpd