1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-3865      Fax:  (510) 238-6500
   Email: sqrowell@oaklandcityattorney.org
5
   Attorneys for Defendants
6  CITY OF OAKLAND

7  25594/448198

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 PATRICIA BERNE                          Case No. C 07-0505 MMC
12
              Plaintiff,                   STIPULATION AND PROPOSED
13                                         ORDER FOR CONTINUANCE OF CASE
      vs.                                  MANAGEMENT CONFERENCE
14

15 CITY OF OAKLAND,

16            Defendant.

17

18         The parties have agreed to settle this case.  The settlement agreement is
19 subject only to the final approval of the Oakland City Council.  Having already tentatively
20 approved the settlement, the Council's final approval is expected during the Council's
21 meeting on May 6, 2008.
22         In light of the foregoing, the parties hereby stipulate that the case
23 management conference scheduled to take place before the Honorable Maxine Chesney
24 be continued from May 9, 2008 at 10:30 a.m. to June 6, 2008 at 10:30 a.m.  or as soon
25 thereafter as is convenient for the court.
26

1 ///

2

3 _____     Date: 5/2/08
STEPHEN Q. ROWELL, ESQ.
4 Attorney for Defendants
CITY OF OAKLAND

5

6

7 _____     Date: 5/2/08
PAUL L. REIN, ESQ.
8 Attorney for Plaintiff
PATRICIA BERNE

9

10

11

12

13

## ORDER

14

15 **It is so ordered**, with the exception that the Case Management Conference

16 is continued to June 20, 2008.

_____
HONORABLE MAXINE M. CHESNEY
United States District Court

17 Dated: May 2, 2008

18

19

20

21

22

23

24

25

26