JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State No. 121266
STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865    Fax: (510) 238-6500
255954/451086

Attorneys for Defendant

CITY OF OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| PATRICIA BERNE, | Case No. C07-0505 MMC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL; ORDER THEREON |
| CITY OF OAKLAND, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this entire action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear its own costs and fees.

LAW OFFICES OF PAUL L. REIN

Dated: 5/29/08    By: _____
Attorneys for Plaintiff

1
2  Dated: 6/5/08                JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Assistant City Attorney
3                               WILLIAM E. SIMMONS, Supervising Trial Attorney
                                STEPHEN Q. ROWELL, Sr. Deputy City Attorney
4
5
                                By: *[signature]*
6                               Attorneys for CITY OF OAKLAND
7
8
9
10 **IT IS SO ORDERED.**
11
12 Dated:  June 5, 2008         *[signature]*
                                HON. MAXINE M. CHESNEY
13                              UNITED STATES DISTRICT COURT
14
15
16
17
18
19
20
21
22
23
24
25
26